■    In the Matter of ANDREW C. In the Matter of JOHN C. ANGEL GUARDIAN HOME, Respondent; JEANETTE C., Appellant.—Two orders of the Family Court, Kings County, both dated January 5, 1979, affirmed, without costs or disbursements. We find sections 611 and 614 of the Family Court Act to be constitutional (see *Matter of Anthony L. "CC",* 48 AD2d 415, 419, mot for lv to app den 37 NY2d 708). Hopkins, J. P., Titone, Mangano and Rabin, JJ., concur.